# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FRANTZY ST. PIERRE,** | : | |
| **Plaintiff** | : | **No. 1:17-cv-01344** |
| | : | |
| v. | : | **(Judge Kane)** |
| | : | |
| **ELAINE C. DUKE,** | : | |
| **Acting Secretary of the** | : | |
| **Department of Homeland Security, et al.,** | : | |
| **Defendants** | : | |

## ORDER

**AND NOW**, on this 22nd day of November 2017, upon consideration of Defendants' unopposed motion for extension of time to file a consolidated reply and answer or response to Plaintiff's amended complaint (Doc. No. 18), **IT IS ORDERED THAT** Defendants' motion is **GRANTED**. Defendants shall file their consolidated reply and answer or response to the amended complaint on or before December 15, 2017.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
