IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANTZY ST. PIERRE, | : | |
|     Plaintiff | : | No. 1:17-cv-01344 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| KIRSTJEN NIELSEN, | : | |
| Acting Secretary of the | : | |
| Department of Homeland Security, et al., | : | |
|     Defendants | : | |

# ORDER

**AND NOW**, on this 10th day of December 2018, upon consideration of Defendants' motion to dismiss Plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) (Doc. No. 8), and consistent with the Memorandum entered concurrently with this Order, **IT IS ORDERED THAT** Defendants' motion to dismiss (Doc. No. 8), is **GRANTED**, and the Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane<br>
Yvette Kane, District Judge<br>
United States District Court<br>
Middle District of Pennsylvania